IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN REESE                                                                                      PLAINTIFF(S)

v.                                    Civil No.  17-1043

SARMA COLLECTIONS, INC.                                                      DEFENDANT(S)

CLERK'S ORDER OF DISMISSAL

The plaintiff herein, having filed his Notice of Dismissal pursuant to Rule 41(a), Fed.R.Civ.P.,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed  with prejudice prejudice.

Dated:   August 15, 2017

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

By:*Carol Nesbit*
Deputy Clerk